*Leave to file GRANTED*

/s/ John D. Bates 2/23/12
John D. Bates
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *EX RELATOR*,
MONTGOMERY BLAIR SIBLEY, *ET AL.*,

    PETITIONER/PLAINTIFF,

VS.

BARACK HUSSEIN OBAMA, II, *ET AL.*,

    RESPONDENTS/DEFENDANTS.
_____/

CASE NO.: 12-cv-00001 (JDB)

PLAINTIFFS' NOTICE OF VACATION

PLEASE TAKE NOTICE, that Montgomery Blair Sibley will be on vacation from June 22 through July 1, 2012. Please do not schedule any hearings, depositions or require any statutory responses to Court orders, pleading or discovery during that time.

    MONTGOMERY BLAIR SIBLEY
    PETITIONER/PLAINTIFF
    4000 Massachusetts Ave, NW, #1518
    Washington, D.C. 20016
    Voice/Fax: 202-478-0371

    By: _____/s/_____
        Montgomery Blair Sibley

1

RECEIVED
Mail Room

FEB 21 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia