# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 12-5040**                                         **September Term 2011**

1:12-cv-00001-JDB

**Filed On:** March 6, 2012

In re: Montgomery Blair Sibley,

     Petitioner

     **BEFORE:**    Sentelle, Chief Judge, and Henderson and Brown, Circuit Judges

## O R D E R

     Upon consideration of the petition for writ of mandamus or, in the alternative, for a writ "procedendum ad justicium," it is

     **ORDERED** that the petition be denied. The district court's delay in ruling on the petition for writ of quo warranto is not so egregious or unreasonable as to warrant the extraordinary remedy of mandamus. See Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988); cf. Telecomms. Research & Action Ctr. v. FCC, 750 F.2d 70, 79 (D.C. Cir. 1984). We are confident that the district court will act upon the petition as promptly as its docket permits.

     Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to transmit a copy of this order to the district court.

**Per Curiam**