UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARACK OBAMA, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 12-cv-00001 (JDB) |

**DEFENDANTS' MOTION AND STATEMENT OF POINTS AND AUTHORITIES FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

In accordance with Fed. R. Civ. P. 6(b)(1), Defendants request an extension of time to April 2, 2012, to answer or otherwise respond to plaintiff's amended complaint.

In support of this motion, Defendants submit the following:

1. On January 10, 2012, Plaintiff served the original complaint in this matter on Defendants. Pursuant to the Federal Rules of Civil Procedure, Defendants' response to the Complaint is due to be filed on March 12, 2012.

2. On January 31, 2012, Plaintiff filed an amended complaint, dkt. No. 5 ("Amended Compl."). Plaintiff's amended complaint pleads new alleged bases for relief; namely "A Writ of Mandamus to [the United States Attorney]," Amended Compl. at ¶ 1(c); and a "declaratory judgment" as to the constitutionality of a federal criminal statute and Federal Rule of Criminal Procedure, Amended Compl. at ¶ 1(d). See also Amended Compl. at ¶¶ 26-35.

3. Defendants now seek an extension of 21 days – until April 2, 2012 – to respond to the Complaint.

4. This extension is sought, and warranted, in this matter to ensure that the United States has a

full sixty days to respond to the allegations and claims for relief presented in Plaintiff's Amended Complaint, as it would have to respond to an original complaint pursuant to Fed. R. Civ. P. 12(a). In view of the need to decipher and respond to the claims Plaintiff has added in his Amended Complaint, the requested extension is justified.

5. The requested extension is further warranted by the nature of Plaintiff's complaint. In what Plaintiff styles his first, second, and third claims, Plaintiff apparently seeks to challenge the eligibility of President Barack Obama to serve as President of the United States. In the two claims new to the Amended Complaint, Plaintiff extends these allegations into a challenge to the constitutionality of a federal criminal statute. And in Plaintiff's "Sixth Claim," he appends an apparently-unrelated request for damages alleging improper treatment by the United States Marshals Service on one or two occasions more than two years ago. This scattershot assortment of unrelated and semi-related claims requires more coordination by the Government to prepare its response than would be required to respond to a more-focused set of claims.

6. Defendants anticipate that the requested extension will permit the United States to present a single motion to seek resolution of this entire action, which will represent the most efficient use of time for the parties and the Court.

7. Pursuant to Local Rule 7(m), Counsel for Defendants has attempted to contact the *pro se* Plaintiff to ascertain his position on this motion, but has been unable to reach him over the past two days.

8. For the reasons stated above, Defendants respectfully request that the Court extend until April 2, 2012 the time period during which Defendants may respond to the Complaint.

Dated: March 8, 2012

.

                        Respectfully submitted,

                        TONY WEST
                        Assistant Attorney General
                        ELIZABETH SHAPIRO
                        Deputy Branch Director

                         */s/ Eric J. Soskin*_____
                        ERIC J. SOSKIN (PA Bar # 200663)
                        United States Department of Justice
                        Civil Division, Federal Programs Branch
                        20 Massachusetts Ave., NW,
                        Washington, D.C. 20001
                        Room 5134
                        eric.soskin@usdoj.gov
                        Tel: (202) 353-0533
                        Fax: (202) 616-8202
                        *Attorney for Defendants*