**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-cv-00001 (JDB) |
| | ) |
| BARACK OBAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS' UNOPPOSED AMENDED/CORRECTED MOTION AND
STATEMENT OF POINTS AND AUTHORITIES FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT[1]**

Defendants hereby request an extension of time to April 2, 2012, to answer or otherwise respond

to plaintiff's amended complaint.

In support of this motion, Defendants submit the following:

1. On January 10, 2012, Plaintiff served the original complaint in this matter on Defendants.

   Pursuant to the Federal Rules of Civil Procedure, Defendants' response to the Complaint is

   due to be filed on March 12, 2012.

2. On January 31, 2012, Plaintiff filed an amended complaint, dkt. No. 5 ("Amended Compl.").

   Plaintiff's amended complaint pleads new alleged bases for relief; namely "A Writ of

   Mandamus to [the United States Attorney]," Amended Compl. at ¶ 1(c); and a "declaratory

   judgment" as to the constitutionality of a federal criminal statute and Federal Rule of

   Criminal Procedure, Amended Compl. at ¶ 1(d). See also Amended Compl. at ¶¶ 26-35.

---

[1] Due to a transcription error, Defendants were unable to reach Plaintiff to confer pursuant to Local Rule 7(m) prior
to filing the original motion on March 8, 2012, as described in Paragraph 7 of Defendants' Motion and Statement of
Points and Authorities, dkt. no.10. The parties have since conferred pursuant to Rule 7(m) and this Motion is
unopposed.

3. Defendants now seek an extension of 21 days – until April 2, 2012 – to respond to the Complaint.

4. This extension is sought, and warranted, in this matter to ensure that the United States has a full sixty days to respond to the allegations and claims for relief presented in Plaintiff's Amended Complaint, as it would have to respond to an original complaint pursuant to Fed. R. Civ. P. 12(a). In view of the need to decipher and respond to the claims Plaintiff has added in his Amended Complaint, the requested extension is justified.

5. The requested extension is further warranted by the nature of Plaintiff's complaint. In what Plaintiff styles his first, second, and third claims, Plaintiff apparently seeks to challenge the eligibility of President Barack Obama to serve as President of the United States. In the two claims new to the Amended Complaint, Plaintiff extends these allegations into a challenge to the constitutionality of a federal criminal statute. And in Plaintiff's "Sixth Claim," he appends an apparently-unrelated request for damages alleging improper treatment by the United States Marshals Service on one or two occasions more than two years ago. This scattershot assortment of unrelated and semi-related claims requires more coordination by the Government to prepare its response than would be required to respond to a more-focused set of claims.

6.  Defendants anticipate that the requested extension will permit the United States to present a single motion to seek resolution of this entire action, which will represent the most efficient use of time for the parties and the Court.

7. Pursuant to Local Rule 7(m), the parties have conferred and this motion is unopposed.

8. For the reasons stated above, Defendants respectfully request that the Court extend until

April 2, 2012 the time period during which Defendants may respond to the Complaint.


Dated: March 9, 2012

                                         Respectfully submitted,

.                                         TONY WEST
                                         Assistant Attorney General
                                         ELIZABETH SHAPIRO
                                         Deputy Branch Director

                                         */s/ Eric J. Soskin*_____
                                         ERIC J. SOSKIN (PA Bar # 200663)
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Ave., NW,
                                         Washington, D.C. 20001
                                         Room 5134
                                         eric.soskin@usdoj.gov
                                         Tel: (202) 353-0533
                                         Fax: (202) 616-8202
                                         *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I certify that a copy of this motion has been served electronically on Plaintiff, Montgomery Blair Sibley, on March 9, 2012. Pursuant to Fed. R. Civ. P. 5(b)(2)(E), Mr. Sibley has consented to receive service by electronic means.

Mr. Sibley has been served at the following address:
mbsibley@gmail.com

/s/ Eric J. Soskin
ERIC J. SOSKIN
Trial Attorney

4