UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *EX RELATOR*,
MONTGOMERY BLAIR SIBLEY, *ET AL.*,

        PETITIONER/PLAINTIFF,

VS.

BARACK HUSSEIN OBAMA, II, *ET AL.*,

        RESPONDENTS/DEFENDANTS.
_____/

CASE NO.: 12-cv-00001 (JDB)

PLAINTIFFS' AMENDED NOTICE OF VACATION

PLEASE TAKE NOTICE, that Montgomery Blair Sibley will not be on vacation from June 22 through July 1, 2012 as previously noticed but instead be on vacation from July 22, 2012 through August 1, 2012. Please do not schedule any hearings, depositions or require any statutory responses to Court orders, pleading or discovery during that time.

CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2012, a true copy of the foregoing was caused to be served on the following by U.S. First Class Mail, postage Pre-paid: Eric J. Soskin, United States Department of Justice, Civil Division, Federal Programs Branch, 20 Massachusetts Ave., NW, Room 5134, Washington, D.C. 20001 (email: eric.soskin@usdoj.gov), Tel: (202) 353-0533/Fax: (202) 616-8202.

        MONTGOMERY BLAIR SIBLEY
        PETITIONER/PLAINTIFF
        4000 Massachusetts Ave, NW, #1518
        Washington, D.C. 20016
        Voice/Fax: 202-478-0371

        By: _____
             Montgomery Blair Sibley

1

RECEIVED
Mail Room
APR - 4 2012
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia