UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONTGOMERY BLAIR SIBLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**BARACK HUSSEIN OBAMA, II,** *et al.***,**<br><br>Defendants. | Civil Action No. 12-cv-1 (JDB) |

## ORDER

Upon consideration of [12] defendants' motion to dismiss, [3] [5] [6] plaintiff's various motions, the several memoranda filed by the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [5] plaintiff's amended certified petition for writs quo warranto and mandamus and request for declaratory relief and damages is **DENIED**; it is further

**ORDERED** that [3] plaintiff's motion for the CM/ECF password and to conduct pre-service discovery and [15] his request for oral argument are **DENIED**; it is further

**ORDERED** that [6] plaintiff's motion to inform the grand jury is **DENIED;** and it is further

**ORDERED** that [12] defendants' motion to dismiss plaintiff's amended complaint is **GRANTED** and all claims against the defendants are **DISMISSED**.

All of the claims in plaintiff's complaint are hereby dismissed.

                                                       /s/
                                       JOHN D. BATES
                                   United States District Judge

Dated: June 6, 2012