

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *EX RELATOR*,
MONTGOMERY BLAIR SIBLEY, *ET AL.*,

        PETITIONER/PLAINTIFF,

VS.

BARACK HUSSEIN OBAMA, II, *ET AL.*,

        RESPONDENTS/DEFENDANTS.
_____/

CASE NO.: 12-cv-00001 (JDB)

PLAINTIFF'S NOTICE OF APPEAL

      PLEASE TAKE NOTICE that Petitioner/Plaintiff Montgomery Blair Sibley hereby appeals to the United States Court of Appeals for the District of Columbia Circuit the June 6, 2012, Order dismissing this case with prejudice, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE

      I hereby certify that on June 13, 2012, a true copy of the foregoing was caused to be served on the following by U.S. First Class Mail, postage Pre-paid: Eric J. Soskin, United States Department of Justice, Civil Division, Federal Programs Branch, 20 Massachusetts Ave., NW, Room 5134, Washington, D.C. 20001 (email: eric.soskin@usdoj.gov), Tel: (202) 353-0533/Fax: (202) 616-8202.

                                  MONTGOMERY BLAIR SIBLEY
                                  PETITIONER/PLAINTIFF
                                  4000 Massachusetts Ave, NW, #1518
                                  Washington, D.C. 20016
                                  Voice/Fax: 202-478-0371

                                  By: _____
                                              Montgomery Blair Sibley

1



RECEIVED
Mail Room

JUN 14 2012

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONTGOMERY BLAIR SIBLEY,<br><br>Plaintiff,<br><br>v.<br><br>BARACK HUSSEIN OBAMA, II, *et al.*,<br><br>Defendants. | Civil Action No. 12-cv-1 (JDB) |

## ORDER

Upon consideration of [12] defendants' motion to dismiss, [3] [5] [6] plaintiff's various motions, the several memoranda filed by the parties, and the entire record herein, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [5] plaintiff's amended certified petition for writs quo warranto and mandamus and request for declaratory relief and damages is **DENIED**; it is further

**ORDERED** that [3] plaintiff's motion for the CM/ECF password and to conduct pre-service discovery and [15] his request for oral argument are **DENIED**; it is further

**ORDERED** that [6] plaintiff's motion to inform the grand jury is **DENIED**; and it is further

**ORDERED** that [12] defendants' motion to dismiss plaintiff's amended complaint is **GRANTED** and all claims against the defendants are **DISMISSED**.

All of the claims in plaintiff's complaint are hereby dismissed.

/s/
JOHN D. BATES
United States District Judge

Dated: June 6, 2012